RECEIVED
FEB - 5 2025
United States District Court
Northern District of Mississippi



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Gilwoor Dyson
Plaintiff

v. CASE NO. 3:25-cv-41-GHD-JMV

Hinds County Sheriff Dept.
Defendant

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

A. Legal name: Gilwoor A. Dyson Sr.

B. Name under which sentenced:

C. Inmate identification number: 77000 41960

D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 1450 County Farm Rd.

E. Place of confinement: Hinds County Detention center Raymond Ms 39154

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

Name: Captain McBride

Title (Superintendent, Sheriff, etc.): officer A. Smith

Defendant's mailing address (street or post office box number, city, state, ZIP)

Name: ______

Title (Superintendent, Sheriff, etc.): ______

Defendant's mailing address (street or post office box number, city, state, ZIP) ______

Name: ______

Title (Superintendent, Sheriff, etc.): ______

Defendant's mailing address (street or post office box number, city, state, ZIP) ______

Name: ______

Title (Superintendent, Sheriff, etc.): ______

Defendant's mailing address (street or post office box number, city, state, ZIP) ______

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☒ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): ______

Defendant(s): ______

B. Court: ______

C. Docket No.: ______

D. Judge's Name: ______

E. Date suit filed: ______

F. Date decided: ______

G. Result (affirmed, reversed, etc.): ______

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☒ Yes ☒ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☐ Yes ☐ No

I never recived a Grievance form I asked numerous times

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☐ Yes ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☐ Yes ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific: include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I aske Captain McBride for a grievance form on numerous occasions he said ask an officer they always say they didn't have any. I had the days and times wrote down but they had a shake down and all of my documents disappered. I had to go to an appointment so I wrote a grievance to give to the hospital staff but I gave it to the officer that transported me to Merritt Health Center and he gave it to McBride

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

McBride asked me what happened and laughed nothin else happened accept for Officer A Smith slamming doors and giving mean looks, and bragging about how she did inmates

**Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

never recieived grievance form

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

I was on the floor sleep around august 7th or 4th and officer A Smith grabbed me by my foot and swung me around causing a injury to my back I aske for grievance forms repeatelly but never recieved one. Officer Smith brags about beating up prisoners and puttin them in their place numerous inmates saw when she grabbed me and ~~swings~~ swung me around my back is in constant pain

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

fire officer Smith and pay for my future hospital visits, becouse I had no problem with my back before she grabbed me and swung me around and pay for my pain and suffering

This Complaint was executed at (location): Hinds County Detention Center Raymond

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 12/27/2024

[signature]

Plaintiff's Signature